UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD J. BOWEN, | : |
| Petitioner, | : Case No. 2:22-cv-3725 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Elizabeth Preston Deavers |
| WARDEN, NOBLE CORRECTIONAL INSTITUTION, | : |
| Respondent. | : |

## ORDER

On October 18, 2022, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1). On October 13, 2023, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this Court deny Petitioner's petition with prejudice. (ECF No. 18). The Report also recommended that this Court deny the Petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity. (*Id.* at PageID 9). Petitioner was advised of his right to object to the R&R within fourteen days and of the rights he would waive by failing to do so. (*Id*. at PageID 9-10).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 18) and **DENIES** Petitioner's petition for a writ of habeas corpus with prejudice and **DENIES** leave to appeal *in forma pauperis*.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  February 7, 2024